UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

# CRIMINAL MINUTES

**Date:** 4/22/16    **Time:** 2 minutes    **Judge:** SUSAN ILLSTON

**Case No.**: 16-cr-00038-SI-1   **Case Name:** UNITED STATES v. SHAUN KELLEY(c)(p)

**Attorney for Plaintiff:** Shailika Kotiya
**Attorney for Defendant:** Shilpi Agarwal

**Deputy Clerk:** Tracy Kasamoto          **Court Reporter:** Pamela Batalo
**Interpreter:** n/a                      **Probation Officer:** n/a

## PROCEEDINGS

1) Status - HELD

Order to be prepared by:  (  )Pltf    (  )Deft    (  )Court

Disposition :  ( ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN PART
(  ) SUBMITTED

Case continued to **5/13/16 @ 11:00 a.m.** for Change of Plea

Case continued to **@ 11:00 a.m.** for Motions
(Motion due: , Opposition: ,  Reply: )

Case continued to **@ 3:00/3:30 p.m.** for Pretrial Conference

Case continued to **@ 8:30 a.m.** for Trial  (Jury**:**  Days)

Category of Excludable Delay:
**Delay ends:**    (          )

## SUMMARY