UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES

**Date:** 5/13/16     **Time:** 19 minutes     **Judge:** SUSAN ILLSTON

**Case No.**: 16-cr-00038-SI-1     **Case Name:** UNITED STATES v. SHAUN KELLEY(c)(p)

**Attorney for Plaintiff:** Shailika Kotiya
**Attorney for Defendant:** Shilpi Agarwal

| | |
|---|---|
| **Deputy Clerk:** Tracy Kasamoto | **Court Reporter:** Lydia Zinn |
| **Interpreter:** n/a | **Probation Officer:** n/a |

### PROCEEDINGS

1) <u>Change of Plea - HELD</u>

Order to be prepared by:  (  )Pltf    (  )Deft    (  )Court

Disposition :  ( ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN PART
(  ) SUBMITTED

Case continued to  <u>8/5/16  @ 11:00 a.m.</u>  for  Sentence

Case continued to  <u>@ 11:00 a.m.</u>  for Motions
(Motion due: , Opposition: ,  Reply: )

Case continued to  <u>@ 3:00/3:30 p.m.</u>  for Pretrial Conference

Case continued to  <u>@ 8:30 a.m.</u>  for Trial  (Jury**:**  Days)

Category of Excludable Delay:
**Delay ends:**     (              )

### SUMMARY

The parties filed a plea agreement in open court.
The defendant plead guilty to a single count Indictment.