1  BRIAN J. STRETCH (CABN 163973)
   United States Attorney
2
   DAVID R. CALLAWAY (CABN 121782)
3  Chief, Criminal Division

4  PHILIP KOPCZYNSKI (NYBN 4627741)
   Special Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102-3495
       Telephone: (415) 436-7200
7      Facsimile: (415) 436-7027
       philip.kopczynski@usdoj.gov
8
   Attorneys for United States of America
9

10                     UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12                         SAN FRANCISCO DIVISION

13  UNITED STATES OF AMERICA,        )   NO. 16-CR-038 SI
                                     )
14         Plaintiff,                )
                                     )   STIPULATION TO CONTINUE
15     v.                            )   SENTENCING; [PROPOSED] ORDER
                                     )
16  SHAUN VINCENT KELLEY,            )
                                     )
17         Defendant.                )
                                     )
18

19                              **STIPULATION**

20      Plaintiff the United States of America, by and through Special Assistant United States Attorney

21  Philip Kopczynski, and Defendant Shaun Kelley, by and through Assistant Federal Public Defender

22  Shilpi Agarwal, stipulate that, with the Court's approval, the sentencing hearing currently scheduled for

23  August 5, 2016 at 11:00 a.m. should be continued to August 26, 2016 at 11:00 a.m. The parties request

24  ///

25  ///

26  ///

27  ///

28  ///

    STIP. AND PROPOSED ORDER
    NO. CR 16-038 SI                      1

1 this continuance to give the Probation Office additional time to complete the presentence investigation.

2 The assigned Probation Officer supports this request.

3     IT IS SO STIPULATED.

4 Dated: July 7, 2016                       ___/s/_____
                                               PHILIP KOPCZYNSKI
                                               Special Assistant United States Attorney

Dated: July 7, 2016                       ___/s/ _____
                                               SHILPI AGARWAL
                                               Assistant Federal Public Defender

## **[PROPOSED] ORDER**

    GOOD CAUSE APPEARING, upon stipulation of the parties,

    IT IS HEREBY ORDERED that the sentencing hearing set for August 5, 2016 at 11:00 a.m. shall be continued to August 26, 2016 at 11:00 a.m.

    IT IS SO ORDERED.

Dated: July ___, 2016                     _____
                                               HON. SUSAN ILLSTON
                                               United States District Judge