BRIAN J. STRETCH (CABN 163973)
United States Attorney

PHILIP A. GUENTERT (CABN 147374)
Acting Chief, Criminal Division

PHILIP KOPCZYNSKI (NYBN 4627741)
Special Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    Facsimile: (415) 436-7027
    philip.kopczynski@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 16-CR-038 SI |
| Plaintiff, | UNITED STATES' SENTENCING MEMORANDUM |
| v. | Sentencing Date: August 24, 2016 |
| SHAUN VINCENT KELLEY, | |
| Defendant. | |

**I.    Introduction**

The United States respectfully asks the Court to accept the parties' plea agreement and sentence the defendant, Shaun Vincent Kelley, to ten years of custody and five years of supervised release. This sentence is fair and appropriate for the reasons set forth below.

**II.    Background**

The defendant is a United States citizen who traveled to Thailand in 2013. PSR ¶ 41. While staying in Chiang Mai, Thailand, the defendant sexually abused teenagers, including a 14-year-old boy who is identified in the indictment as Minor 1. *Id.* ¶¶ 26-38. He paid the boys the equivalent of $9-$30 per encounter. *Id.* ¶ 43. He sometimes filmed the abuse. *Id.* ¶¶ 54-58.

The indictment returned by the grand jury on February 2, 2016 charged the defendant with child

U.S.' SENTENCING MEMORANDUM    1
NO. 16-CR-038 SI

sex tourism, in violation of 18 U.S.C. § 2423(c).  After arraignment, the defendant promptly pleaded guilty pursuant to a binding plea agreement under Federal Rule of Criminal Procedure 11(c)(1)(C).  He now appears before this Court for sentencing.

### III.     Sentencing Recommendation

The government recommends 120 months of imprisonment and 60 months of supervised release.  The defendant and the Probation Office concur in this recommendation.

### A.     Imprisonment

#### 1.     Offense Level

The parties and the Probation Office agree that the adjusted offense level is 33.  PSR ¶ 76.

#### 2.     Criminal History Category

The government agrees with the Probation Office that the defendant is in criminal history category I.  PSR ¶ 83.

#### 3.     Recommended Term of Imprisonment

An offense level of 33 in criminal history category I yields an advisory sentencing range of 135 to 168 months of imprisonment.  The government recommends 120 months, which is 15 months below the low end of the advisory range but still a significant term that reflects the seriousness of this case.

The recommended term of imprisonment serves the ends of sentencing enumerated in 18 U.S.C. § 3553(a), including punishment, deterrence, and protection of the public.  Both American and Thai children will be safer because of the defendant's incarceration.  And his felony conviction and sentence will send a message to other citizens who might think they can sexually abuse children abroad without fear of facing justice here.

At the same time, the defendant deserves credit for quickly accepting responsibility and pleading guilty.  He agreed to recommend a sentence that will keep him in prison or on supervision until his early seventies.  He can get the therapy and rehabilitative services that he plainly needs during that time.

In view of all of these factors, 120 months is a sufficient but not greater than necessary term of imprisonment.

### B.     Supervised Release

The parties and Probation Office agree that the Court should impose five years of supervised

release.  The suspicionless search condition agreed to by the parties in the plea agreement should be part of the defendant's supervision.  The government supports all of the other conditions of supervision proposed by the Probation Office.

### C. Special Assessment

Defendant must pay a $5,100 special assessment.

## IV. Conclusion

The government respectfully recommends that the Court sentence the defendant to ten years of imprisonment and five years of supervised release.

DATED:  August 17, 2016         BRIAN J. STRETCH
                                United States Attorney


                                /s/_____
                                PHILIP KOPCZYNSKI
                                Special Assistant United States Attorney