UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES

**Date:** 8/24/16     **Time:** 16 minutes     **Judge:** SUSAN ILLSTON

**Case No.**: 16-cr-00038-SI-1     **Case Name:** UNITED STATES v. SHAUN KELLEY(c)(p)

**Attorney for Plaintiff:** Philip Kopczynski
**Attorney for Defendant:** Shilpi Agarwal

**Deputy Clerk:** Tracy Kasamoto     **Court Reporter:** Lydia Zinn
**Interpreter:** n/a     **Probation Officer:** n/a

### PROCEEDINGS

1)  Sentence -  HELD

Order to be prepared by:  ( )Pltf    ( )Deft    ( )Court

Disposition :  ( ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN PART
( ) SUBMITTED

Case continued to  **@ 11:00 a.m.**   for Motions
(Motion due: , Opposition: ,  Reply: )

Case continued to  **@ 3:00/3:30 p.m.**   for Pretrial Conference

Case continued to  **@ 8:30 a.m.**  for Trial  (Jury**:**  Days)

Category of Excludable Delay:
**Delay ends:**    (            )

### SUMMARY

Custody: 120 months (placement at a facility with mental health treatment is available)
Supervised Release: 5 years with special conditions (see judgment for details)
Special Assessment: $5,100
No Fine