UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA,<br><br>Plaintiff,<br><br>v.<br><br>KELLEY,<br><br>Defendant. | Case No. 16-cr-00038-SI-1<br><br>**ORDER MODIFYING CONDITIONS OF SUPERVISED RELEASE**<br><br>Re: Dkt. No. 45 |

This Court modifies the conditions of Shaun Kelley's release as follows:

1. The mandatory and standard conditions previously imposed remain in effect.

2. The special condition that Mr. Kelley not consume alcohol remains in effect.

3. All other special conditions are suspended.

4. Mr. Kelley may not leave the country without permission of the court.

5. Mr. Kelley may reside in Mississippi, near his sister Cecilia Mary Jourdan.

These conditions shall remain in effect until September 15, 2029. The Court understands the Southern District of Mississippi's Probation Office has thus far declined to accept Mr. Kelley's transfer to be supervised by that office. Although the Northern District of California will remain in a supervisory position, the Court would be deeply grateful for any assistance the Southern District of Mississippi's Probation Office could provide.

**IT IS SO ORDERED**.

Dated: August 15, 2020

_____
SUSAN ILLSTON
United States District Judge